UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
JUL 2 3 2015
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. |
| CARL DAVIS, | ) |
| Defendant. | ) |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
[Interstate Communications with Intent to Extort]

On or about January 21, 2015, in the Eastern District of Missouri, the defendant,

**CARL DAVIS,**

knowingly transmitted in interstate and foreign commerce from St. Louis, State of Missouri, to the State of Colorado, with intent to extort from a government agency money and other things of value, an electronic mail communication containing a threat to injure the reputation of the United States Postal Service by releasing sensitive human resources information unless the defendant received a "fee of $250,000," all in violation of 18 U.S.C. § 875(d).

A TRUE BILL

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
GWENDOLYN E. CARROLL
Assistant United States Attorney